IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Yates, Arnetta Lynn

Printed: 02/24/09

Case Number: 04 B 16461
Judge: Hollis, Pamela S
Filed: 4/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 30, 2009
Confirmed: June 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 32,596.20 |  |
| Secured: |  | 20,531.19 |
| Unsecured: |  | 7,258.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,710.45 |
| Other Funds: |  | 396.20 |
| Totals: | 32,596.20 | 32,596.20 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 3. Chrysler Financial Services Americas LLC | Secured | 20,531.19 | 20,531.19 |
| 4. Capital One | Unsecured | 127.12 | 536.97 |
| 5. Illinois Student Assistance Commission | Unsecured | 246.50 | 1,041.26 |
| 6. United States Dept Of Education | Unsecured | 1,344.95 | 5,680.13 |
| 7. Village of Oak Park | Unsecured |  | No Claim Filed |
| 8. Social Security Administration | Unsecured |  | No Claim Filed |
| 9. West Suburban Healthcare | Unsecured |  | No Claim Filed |
|  |  | $ 24,949.76 | $ 30,489.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 95.55 |
| 6.5% | 287.50 |
| 3% | 63.60 |
| 5.5% | 291.48 |
| 5% | 79.49 |
| 4.8% | 165.35 |
| 5.4% | 578.75 |
| 6.6% | 148.73 |
|  | $ 1,710.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Yates, Arnetta Lynn | Case Number:  04 B 16461 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  4/27/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

          Marilyn O. Marshall, Trustee, by:

*/s/ Mach*